

COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.
A Professional Corporation
Court Plaza North
25 Main Street
P. O. Box 800
Hackensack, New Jersey 07602-0800
(201) 489-3000
(201) 489-1536  Facsimile
Attorneys for Plaintiff, Educational Credit Management Corporation

| | |
|---|---|
| EDUCATIONAL CREDIT MANAGEMENT CORPORATION<br><br>                Plaintiff,<br><br>v.<br><br>VERIZON, INC.<br><br>                Defendant. | UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>CIVIL ACTION NO. 08-CV-4309 (SHS)<br><br><u>Civil Action</u><br><br>**VOLUNTARY NOTICE OF DISMISSAL<br>WITHOUT PREJUDICE** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Educational Credit

Management Corporation, hereby dismisses the Complaint against Defendant Verizon,

Inc. without prejudice.

40475/0140-1322703v1

08 Civ. 4309 (SHS)

                        COLE, SCHOTZ, MEISEL,
                        FORMAN & LEONARD, P.A.
                        Attorneys for Plaintiff, Educational Credit
                        Management, Corporation

                        By: _____
                              Kenneth J. Baum

DATED: May 21, 2008

SO ORDERED: 5/21/08

_____
Sidney H. Stein, U.S.D.J.

40475/0140-1522705v1